518 P.2d 1209

Gary Lee BUDAU, Petitioner,

v.

STATE of New Mexico, Respondent.

No. 9902.

Supreme Court of New Mexico.

Jan. 8, 1974.

This matter coming on for consideration by the Court upon petition for writ of certiorari directed to the Court of Appeals of the State of New Mexico, and the Court having considered said petition and being sufficiently advised in the premises;

Ordered that petition for writ of certiorari be and the same is hereby denied.

Further ordered that the record in Court of Appeals Cause No. 1146, 85 N.M. 21, 518 P.2d 1225 be and the same is hereby returned to the Clerk of the Court of Appeals.

518 P.2d 1209

Melvin H. WILSON, Personal Representative and Administrator of the Estate of Gregory Lee Wilson, Deceased, Petitioner,

v.

Kenneth Wayne WYLIE and Claude B. Wylie, Sr., Respondents.

No. 9903.

Supreme Court of New Mexico.

Jan. 8, 1974.

Ordered that petition for writ of certiorari be and the same is hereby denied.

Further ordered that the record in Court of Appeals Cause No. 1066, 85 N.M. 9, 518 P.2d 1213 be and the same is hereby returned to the Clerk of the Court of Appeals.

518 P.2d 1209

Kenneth Wayne WYLIE and Claude B. Wylie, Sr., Petitioners,

v.

Melvin H. WILSON, Personal Representative and Administrator of the Estate of Gregory Lee Wilson, Deceased, Respondent.

No. 9912.

Supreme Court of New Mexico.

Jan. 31, 1974.

Ordered that petition for writ of certiorari be and the same is hereby denied.

Further ordered that the record in Court of Appeals Cause No. 1066, 85 N.M. 9, 518 P.2d 1213 be and the same is hereby returned to the Clerk of the Court of Appeals.

518 P.2d 1209

In re Barry RUDOLF, Attorney at Law.

No. 9876.

Supreme Court of New Mexico.

Feb. 8, 1974.

Therefore, it is ordered, pursuant to Subsection B of Section 16 of the Disciplinary Rules, that Barry Rudolf be and he hereby is permanently disbarred from the practice of law in all Courts of the State of New Mexico.